**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 11-00062-21 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ROBERT CUFF | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is Defendant, Robert Cuff's ("Cuff") Motion to Alter or Amend the Judgment (Record Document 760) filed on April, 9, 2018. For the following reasons, Cuff's Motion is **DENIED.**

Altering or amending a judgment is considered "an extraordinary measure, which courts should use sparingly." In the Matter of Self, 172 F.Supp.2d 813, 816 (W.D.La.2001) (citing 11 Charles A. Wright, Arthur R. Miller, & Mary Kay Kane, Federal Practice and Procedure § 2810.1). Generally, a motion to alter or amend a judgment, filed under Rule 59(e) may be granted: "(1) to correct manifest errors of law or fact upon which judgment is based; (2) the availability of new evidence; (3) the need to prevent manifest injustice; or (4) an intervening change in controlling law. Id. at 816.

Nothing asserted in Cuff's Motion moves the Court to alter or amend its prior judgment. Cuff continues to make the same claims asserted in his federal habeas corpus petition.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 12th day of April, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT